IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

LEE CROUTHERS,
                    Petitioner,

   v.                                        ORDER
                                             07-C-655-S
DIRECTOR JAMES GREER, DIRECTOR
DICK VERHAGEN, COMMISSIONER
JAMES HART, COORDINATOR SHARON
K. ZUNKER, WARDEN PAMELA WALLACE,
GERALD KONITZER, SECURITY DIRECTOR,
CAPTAIN LUNDMARK, DR. ARCHINIHU,
HSU MANAGER DRESSLER, SGT. SHUK,
CAPTAIN KASEN, CAPTAIN B. DANKO,
LT. TEBAR, SGT. NIETZEL, SGT.
DORF and C.O. DEEKAMP,

                    Respondents.
_____

    Petitioner has submitted a complaint. Before his complaint can be addressed he shall submit an affidavit of indigency and a certified copy of his trust fund account statement for the last six months or the $350.00 filing fee.

    Failure to submit this information by December 5, 2007 may result in dismissal of this action for failure to prosecute.

ORDER

    IT IS ORDERED that petitioner shall submit his affidavit of indigency and trust fund account statement or the $350.00 filing

<u>Crouther v. Greer, et al.</u>, 07-C-655-S

fee by December 5, 2007 or this action may be dismissed for his failure to prosecute.

    Entered this 21st day of November, 2007.

                      BY THE COURT:

                      /s/

                      _____
                      JOHN C. SHABAZ
                      District Judge