IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

LEE CROUTHERS,

                Plaintiff,

   v.                                                           ORDER
                                                              07-cv-655-jcs

COORDINATOR SHARON K. ZUNKER,
HSU MANAGER DRESSLER and SGT. SHUK,

                Defendants.
_____

    Plaintiff has filed a notice of appeal from this Court's January 2, 2008 order denying his request to proceed on his amended complaint. He requests leave to proceed <u>in forma pauperis</u> on appeal. The Court's order cannot be appealed pursuant to 28 U.S.C. §1292. Accordingly, plaintiff's request to proceed <u>in forma pauperis</u> on appeal will be denied.

ORDER

    IT IS ORDERED that plaintiff's request to proceed <u>in forma pauperis</u> on his interlocutory appeal is DENIED.

    Entered this 15th day of January, 2008.

                              BY THE COURT:

                              /s/

                            _____
                            JOHN C. SHABAZ
                            District Judge