IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE CROUTHERS,

                                                     ORDER

               Plaintiff,

                                                  07-cv-655-jcs

     v.

COORDINATOR SHARON K. ZUNKER,
HSU MANAGER DRESSLER AND SGT. SHUK,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In response to this court's order of February 21, 2008, plaintiff has advised the court that he will dismiss voluntarily his case against defendant Sgt. Shuk, rather than pursue the action in a separate lawsuit as required by Fed. R. Civ. P. 20 and <u>George v. Smith</u>, 507 F.3d 605 (7th Cir. 2007). Therefore, plaintiff's action against defendant Shuk will be dismissed.

ORDER

      IT IS ORDERED that plaintiff's action against defendant Sgt. Shuk is DISMISSED without prejudice.

      Further, IT IS ORDERED that the stay imposed on February 21, 2008 is LIFTED.

The clerk of court is requested to schedule a preliminary pretrial conference to be held before Magistrate Judge Stephen Crocker as promptly as possible so that a new trial date may be scheduled an other deadlines set for moving this case to resolution.

Entered this 10th day of March, 2008.

        BY THE COURT:

        /s/

        _____
        BARBARA B. CRABB
        District Judge