# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LEE CROUTHERS,

    Plaintiffs,

v.

COORDINATOR SHARON K. ZUNKER and
HSU MANAGER BECKY DRESSLER,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-655-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed with prejudice against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____12/5/08_____
Date