IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE CROUTHERS,

                                          ORDER

                Plaintiff,

                                        07-C-655-bbc

      v.

COORDINATOR SHARON K. ZUNKER and
HSU MANAGER BECKY DRESSLER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On December 5, 2008 I denied plaintiff's motion for summary judgment and granted defendants' motion for summary judgment on plaintiff's claim that defendants violated his Eighth Amendment rights by failing to properly treat his Hepatitis C. Judgment was entered for defendants and the case was closed. Now plaintiff Lee Crouthers has filed a letter to Magistrate Crocker requesting that the court order the defendants to have him examined by a doctor not associated with this civil action.

      It is not clear whether plaintiff had received this court's December 5, 2008 order when he mailed his letter dated December 4, 2008 to the court. However, because plaintiff's case is closed and judgment has been entered in defendant's favor, plaintiff's request for a

1

court order will be denied as moot.

## ORDER

IT IS ORDERED that letter request for a court ordered medical examination, dkt. # 80, is DENIED as moot.

Entered this 10th day of December, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2